BARBARA MARIE RIZZO (CSBN 172999)
Attorney At Law
P. O. Box 383103
Waikoloa, HI  96738
Telephone:  808-785-6088
Fax:  808-440-0699
E-Mail:  mail@fedlaborlaw.com

Attorney for Plaintiff Dino B. Durso

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINO B. DURSO,<br><br>      Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security,<br><br>      Defendant. | No. 2:16-cv-2290-DB<br><br>STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES COSTS AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWELVE THOUSAND EIGHT HUNDRED DOLLARS ($12,800.00) and costs and expenses in the amount of ONE HUNDRED THIRTY-ONE DOLLARS AND FOURTY-EIGHT CENTS ($131.48). The amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§1920, 2412(d).

After the Court issues an order for EAJA fees, costs, and expenses to Plaintiff, the Government will consider the matter of Plaintiff's assignment of EAJA fees, costs, and expenses to Plaintiff's attorney.  Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend

on whether the fees are subject to any offset allowed under the United States Department of The Treasury's Offset Program.  After the order for EAJA fees, costs, and expenses is entered, the Government will determine whether the fees are subject to any offset.  Fees, costs, and expenses shall be made payable to Plaintiff.  However, if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the Government shall cause the payment of fees, costs, and expenses to be made directly to Barbara Marie Rizzo, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, costs, and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees, costs, and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. §406, subject to the offset provisions of the EAJA.

Respectfully submitted,

Dated:  July 6, 2018        "/s/Barbara Marie Rizzo"
                            BARBARA MARIE RIZZO
                            Attorney for Plaintiff

Dated:  July 6, 2018        "/s/Tina Naicker"
                            TINA NAICKER
                            (As authorized via e-mail)
                            Special Assistant United States Attorney
                            Attorney for Defendant
                            Nancy A. Berryhill, Acting Commissioner
                            of Social Security

ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.[1]

Dated: July 10, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.soc sec\durso2290.stip.eaja.ord

---

[1] Due to the parties' stipulation, plaintiff's June 13, 2018 motion for EAJA fees (ECF No. 34) is denied without prejudice as having been rendered moot.